### STATE OF CONNECTICUT *v.* MARVIE BRYE
### (13254)

O'CONNELL, LAVERY and FREEDMAN, Js.

Argued February 21—decision released April 4, 1995

*Richard M. Marano,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *Corrine Klatt,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.